United States District Court
Central District of California

P-Send

UNITED STATES OF AMERICA vs.      Docket No. EDCR 04-00018-JVS
Defendant    Saul Cabral-Chamorro

Social Security No. UNKNOWN

Residence    Metropolitan Detention Center    MAILING ADDRESS: UNKNOWN
Address    535 N. Alameda Street
Los Angeles, CA 90012

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 30 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

In the presence of the attorney for the government, the defendant appeared in person, on this date: 03 / 10 / 2004
                                                                                                                                                             Month/Day/Year

COUNSEL:    XX WITH COUNSEL    Oswald Parada, DFPD
                                          (Name of Counsel)

PLEA:        XX GUILTY, and the Court being satisfied that there is a factual
           basis for the plea. ___ NOLO CONTENDERE ___ NOT GUILTY

FINDING:    There being a finding/verdict of__ GUILTY, defendant has been convicted as charged of
                the offense(s) of:

Illegal Entry by Alien, in violation of Title 8 United States Code, Section 1325(a) as charged in Counts 1 and 2 of the Information

**JUDGMENT AND PROBATION/COMMITMENT ORDER:**

    The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted:

    IT IS ORDERED that the defendant shall pay to the United States a special assessment of $110.00, which is due immediately.

    Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

    PURSUANT TO THE SENTENCING REFORM ACT OF 1984, IT IS ADJUDGED that the defendant is hereby committed on Counts 1 and 2 of the Information to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) months. This term consists of six months on Count 1 and 24 months on Count 2, to be served consecutively.

    Upon release from imprisonment, the defendant shall be placed on supervised release for a term of one year on Count 2 only, under the following terms and conditions:

    1.    The defendant shall comply with the rules and regulations of the Probation Office and General Order 318;

    2.    The defendant shall refrain from any unlawful use of a controlled substance. As directed by the Probation Officer, the defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter;

    3.    The defendant shall comply with the immigration rules and regulations of the United States, and when deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the U. S. Probation Office, located at United States Court House, 411 West 4ᵗʰ Street, Santa Ana, California, 92701.

    The Court grants the Government's motion to dismiss the underlying complaint.

    The Court recommends that the defendant be placed in a facility in Southern California.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the second page of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: U.S. District Judge _____
                                        JAMES V. SELNA

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                                   Sheri R. Carter, Clerk,
Dated/Filed: 3/29/06
       Month / Day / Year                             by M. Tunis, Deputy Clerk

PAGE ONE OF TWO

3b

U.S.A. vs Saul Cabral-Chamorro      Docket No.: EDCR 04-00018-JVS

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependants and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons enga in criminal activity, and shall not associate with any pe convicted of a felony unless granted permission to do the probation officer;

11. the defendant shall permit a probation officer to visit l her at any time at home or elsewhere and shall confiscation of any contraband observed in plain view b probation officer;

12. the defendant shall notify the probation officer withir hours of being arrested or questioned by a law enforce officer;

13. the defendant shall not enter into any agreement to act a informer or a special agent of a law enforcement ag without the permission of the court;

14. as directed by the probation officer, the defendant shall n third parties of risks that may be occasioned by defendant's criminal record or personal history characteristics, and shall permit the probation officer to n such notifications and to conform the defendant's compl with such notification requirement;

15. the defendant shall not possess a firearm or other dange weapon;

16. the defendant shall, upon release from any period of cus report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated

by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____ BY: _____

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____ BY: _____

, Deputy Clerk

AO-245-A (01/90)                              JUDGMENT AND PROBATION/COMMITMENT ORDER

Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs.<br>Defendant **Saul Cabral-Chamorro** | Docket No. **EDCR 04-00018-JVS** |
| Residence<br>Address **Metropolitan Detention Center**<br>**535 N. Alameda Street**<br>**Los Angeles, CA 90012** | Social Security No. **UNKNOWN**<br>MAILING ADDRESS: **UNKNOWN** |

| JUDGMENT AND PROBATION/COMMITMENT ORDER | 03/10/2004 |
|---|---|

In the presence of the attorney for the government, the defendant appeared in person, on this date: **Priority 2004**
Month/Day/Year

Send ___
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ___

COUNSEL: __XX__ WITH COUNSEL  **Oswald Parada, DFPD**
(Name of Counsel)

PLEA: __XX__ GUILTY, and the Court being satisfied that there is a factual basis for the plea. ___ NOLO CONTENDERE ___ NOT GUILTY

FINDING: There being a finding/verdict of__ GUILTY, defendant has been convicted as charged of the offense(s) of:

Illegal Entry by Alien, in violation of Title 8 United States Code, Section 1325(a) as charged in Counts 1 and 2 of the Information

JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted:

IT IS ORDERED that the defendant shall pay to the United States a special assessment of $110.00, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

PURSUANT TO THE SENTENCING REFORM ACT OF 1984, IT IS ADJUDGED that the defendant is hereby committed on Counts 1 and 2 of the Information to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) months. This term consists of six months on Count 1 and 24 months on Count 2, to be served consecutively.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of one year on Count 2 only, under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the Probation Office and General Order 318;
2. The defendant shall refrain from any unlawful use of a controlled substance. As directed by the Probation Officer, the defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter;
3. The defendant shall comply with the immigration rules and regulations of the United States, and when deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the U. S. Probation Office, located at United States Court House, 411 West 4th Street, Santa Ana, California, 92701.

The Court grants the Government's motion to dismiss the underlying complaint.

The Court recommends that the defendant be placed in a facility in Southern California.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the second page of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: U.S. District Judge _____
JAMES V. SELNA

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed: **3/11/04**
Month / Day / Year

Sherri R. Carter, Clerk
By: _____
Karla J. Tunis, Deputy Clerk

PAGE ONE OF TWO

U.S.A. vs Rafael Ramirez-Pena            Docket No.: CR 04-00096-JVS

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependants and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so the probation officer;
11. the defendant shall permit a probation officer to visit him her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by probation officer;
12. the defendant shall notify the probation officer within hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____ BY: _____

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____ BY: _____

, Deputy Clerk

AO-245-A (01/90)            JUDGMENT AND PROBATION/COMMITMENT ORDER

# NOTICE PARTY SERVICE LIST

Case No. 8dCR- 04-00018 -JVS Case Title United States v. Saul Cabral-Chamorro

Title of Document  1st Amended Judgment and Probation/Commitment Order

|  | |  | |
|---|---|---|---|
|  | Atty Sttlmnt Officer Panel Coordinator |  | Statistics Clerk |
|  | BAP (Bankruptcy Appellate Panel) |  | US Attorneys Office - Civil Division -L.A. |
|  | Beck, Michael J (Clerk, MDL Panel) |  | US Attorneys Office - Civil Division - S.A. |
| ✓ | BOP (Bureau of Prisons) |  | US Attorneys Office - Criminal Division -L.A. |
|  | CA St Pub Defender (Calif. State PD) |  | US Attorneys Office - Criminal Division -S.A. |
|  | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |  | US Bankruptcy Court |
|  | Case Asgmt Admin (Case Assignment Administrator) |  | US Marshal Service - Los Angeles (USMLA) |
|  |  |  | US Marshal Service - Riverside (USMED) |
|  | Catterson, Cathy (9th Circuit Court of Appeal) | ✓ | US Marshal Service -Santa Ana (USMSA) |
|  | Chief Deputy Admin | ✓ | US Probation Office (USPO) |
|  | Chief Deputy Ops |  | US Trustee's Office |
|  | Clerk of Court |  | Warden, San Quentin State Prison, CA |
|  | Death Penalty H/C (Law Clerks) |  |  |
|  | Dep In Chg E Div |  |  |
|  | Dep In Chg So Div |  |  |
|  | Federal Public Defender |  |  |
| ✓ | Fiscal Section |  |  |
|  | Intake Section, Criminal LA |  |  |
|  | Intake Section, Criminal SA |  |  |
|  | Intake Supervisor, Civil |  |  |
|  | Interpreter Section |  |  |
|  | PIA Clerk - Los Angeles (PIALA) |  |  |
|  | PIA Clerk - Riverside (PIAED) |  |  |
|  | PIA Clerk - Santa Ana (PIASA) |  |  |
|  | PSA - Los Angeles (PSALA) |  |  |
|  | PSA - Riverside (PSAED) |  |  |
| ✓ | PSA - Santa Ana (PSASA) |  |  |
|  | Schnack, Randall (CJA Supervising Attorney) |  |  |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

Initials of Deputy Clerk

G-75 (01/06)   NOTICE PARTY SERVICE LIST